AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOHN DOES 1-205, JANE DOES 1-207, and MINOR DOES 1-4

*Plaintiff(s)*

v.

Cyrus Freidheim
Charles Keiser

*Defendant(s)*

CASE NO: 17-cv-80323-BLOOM/Valle

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cyrus Freidheim
c/o Ardith Bronson
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leslie M Kroeger
Cohen Milstein Sellers & Toll PLLC
2925 PGA Boulevard, #200
Palm Beach Gardens, FL 33410
Tel: (561) 515-1400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 13, 2017 _____

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOHN DOES 1-205, JANE DOES 1-207, and MINOR DOES 1-4 <br><br> *Plaintiff(s)* <br> v. <br> Cyrus Freidheim <br> Charles Keiser <br><br> *Defendant(s)* | CASE NO: 17-cv-80323-BLOOM/Valle |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles Keiser
c/o David S. Krakof, James T. Parkinson
BUCKLEYSANDLER LLP
1250 24th Street, NW, Suite 700
Washington, DC 20037
Tel.: (202) 349-8000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie M Kroeger
Cohen Milstein Sellers & Toll PLLC
2925 PGA Boulevard, #200
Palm Beach Gardens, FL 33410
Tel: (561) 515-1400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 13, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts